UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-M-119

FILED
JAN 0 4 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)ORDER ALLOWING DISMISSAL OF
v. )CRIMINAL INFORMATION AND
)WITHDRAWAL OF ARREST WARRANT
TYLER D. WILLIAMS )

Leave of court is granted for the filing of the foregoing dismissal.

1-4-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE